**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7095**

---

ARLIS ZARKIAI HICKS-BEY,

Plaintiff - Appellant,

versus

ELLIS WRIGHT, Warden; SERGEANT MAYES; T.
JARRELL, Officer; M. LEE, Officer; R. COLEMAN,
Officer; OFFICER HARRIS; ALL OF GREENSVILLE
CORRECTIONAL CENTER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-94-1279-CV-2)

---

Submitted:  December 14, 1995          Decided:  January 11, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arlis Zarkiai Hicks-Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED